UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

AMERICAN GENERAL LIFE INSURANCE COMPANY,

Plaintiff,

vs.

BRYAN REYNOSO, Individually,

RICK REYNOSO, Individually,

S.G.R., a Minor, by her Guardians BRYAN REYNOSO and KAILEEN REYNOSO,

THE ESTATE OF EDWARD REYNOSO, by its Administrator RICK REYNOSO, and

THE ESTATE OF STEPHANIE REYNOSO, by its Co-Administrators BRYAN REYNOSO and KAILEEN REYNOSO,

Defendants.

Case No. 1:26−CV−03188−FJS

FINAL ORDER

The parties consented to proceed before a magistrate judge for all purposes, including trial and entry of judgment, pursuant to the Local Rules. (ECF No. 13.) Based on a showing of good cause set forth in the parties' joint motion for discharge, disbursement, and dismissal with prejudice (ECF No. 12), the court hereby ORDERS AND ADJUDGES as follows:

1. American General Life Insurance Company is hereby DISCHARGED WITH PREJUDICE from any and all liability to Defendants Bryan Reynoso, Rick Reynoso, S.G.R., a Minor, by her Guardians Bryan Reynoso and Kaileen Reynoso, the Estate of Edward Reynoso, by its Administrator Rick Reynoso, and the Estate of Stephanie Reynoso, by its Co-Administrators Bryan Reynoso and Kaileen Reynoso, and to any person, firm, estate, corporation, or entity on account of or in any way related to American General Life Insurance Company life insurance policy number YME1195825 insuring the life of Edward Reynoso and American General Life Insurance Company life insurance policy number 4210063251 insuring the life of Stephanie Reynoso, and/or related to the handling or processing of any claims made under American General Life Insurance Company life insurance policy number YME1195825 insuring the life of Edward Reynoso and American General Life Insurance Company life insurance policy number 4210063251 insuring the life of Stephanie Reynoso.

2. American General Life Insurance Company shall disburse the death benefit due and payable under American General Life Insurance Company life insurance policy number YME1195825 insuring the life of Edward Reynoso 50% to Bryan Reynoso and 50% to Rick Reynoso. Pursuant to Cal. Ins. Code § 10172.5, American General Life Insurance Company shall pay interest on the death benefit due and payable under American General Life Insurance Company life insurance policy number YME1195825 insuring the life of Edward Reynoso at the current rate of interest on death proceeds left on deposit from the date of Edward Reynoso's death to the date of payment.

3. American General Life Insurance Company shall disburse the death benefit due and payable under American General Life Insurance Company life insurance policy number 4210063251 insuring the life of Stephanie Reynoso 100% to the Guardianship Estate of S.G.R. a Minor C/O her Guardians, Bryan Reynoso and Kaileen Reynoso. Pursuant to Cal. Ins. Code § 10172.5, American General Life Insurance Company shall pay interest on the death benefit due and payable under American General Life Insurance Company life insurance policy number 4210063251 insuring the life of Stephanie Reynoso at the current rate of interest on death

proceeds left on deposit from the date of Stephanie Reynoso's death to the date of payment.

4. Defendants Bryan Reynoso, Rick Reynoso, S.G.R., a Minor, by her Guardians Bryan Reynoso and Kaileen Reynoso, the Estate of Edward Reynoso, by its Administrator Rick Reynoso, and the Estate of Stephanie Reynoso, by its Co- Administrators Bryan Reynoso and Kaileen Reynoso, and each of their respective attorneys, representatives, successors, assigns, and heirs, are hereby permanently enjoined from instituting or prosecuting against American General Life Insurance Company any separate proceeding in any state or United States Court or administrative tribunal relating to American General Life Insurance Company life insurance policy number YME1195825 insuring the life of Edward Reynoso and American General Life Insurance Company life insurance policy number 4210063251 insuring the life of Stephanie Reynoso and/or related to the handling or processing of any claims made under American General Life Insurance Company life insurance policy number YME1195825 insuring the life of Edward Reynoso and American General Life Insurance Company life insurance policy number 4210063251 insuring the life of Stephanie Reynoso.

5. This is a FINAL JUDGMENT and fully resolves all claims and issues in this action.

6. This action is hereby DISMISSED WITH PREJUDICE.

7. Accordingly, the clerk of the court is HEREBY ORDERED to CLOSE the file in this case and adjust the docket to reflect voluntary dismissal of this action pursuant to Rule 41(a)(1).

IT IS SO ORDERED.

Dated: **August 28, 2026**

UNITED STATES MAGISTRATE JUDGE